UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STEPHEN F. COOK, et al
       (Plaintiff)  :

                            :      Civil 07-532 (WHW)
   v.
                            :        ORDER

KINDERCARE LEARNING CENTERS,
et al
       (Defendant)
                            :

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court being informed by the plaintiff that the case is pending mediation;

It is on this 13th day of January 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.

                                            S/ William H. Walls
                                            _____
                                            WILLIAM H. WALLS
                                            United States District Judge